# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2005

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Owen, Priscilla R | 2. Court or Organization<br><br>Fifth Circuit Court of Appeals | 3. Date of Report<br><br>05/12/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Circuit Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>Homer Thornberry Judicial Bldg<br>903 San Jacinto Blvd.<br>Austin, Texas 78701 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Texas Hearing and Service Dogs |
| 2. Advisory Board Member | Federalist Society, Austin Chapter |
| 3. Advisroy Board Member | Federalist Society, Houston Chapter |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2005 | State of Texas Employee Retirement System, Judicial Retirement Plan System II; age 65, 50% of state salary paid TX Supreme Court justice or 40% at 60 |
| 2. 2005 | State of Texas TexasSaver 401K Plan; contributions may reamain in this plan or can roll over to an IRA or qualified 401K |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Owen, Priscilla R | 05/12/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2005 | Supreme Court of Texas/State of Texas, salary | $ 55,340.59 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. Texas Center for the Judiciary | 3/1; Winter conference; lodging, meal |
| 2. South Texas College of Law | 2/18; Advanced Civil Trial Law Conference; lodging, parking |
| 3. Tarrant County Bar Association Labor and Employment Section | 10/26;CLE Luncheon; airfare, parking |
| 4. State of Texas | 3/30; Oral Arguments in Houston; lodging and airfare |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Owen, Priscilla R | 05/12/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Tarrant County Bar Association | Cowgirl Boots | $ 200.00 |
| 2. The Headliners Club | Honorary Membership (dues, privileges) | $ 1200.00 |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

☒ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Owen, Priscilla R | 05/12/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Federated Prime Obligation | A | Dividend | J | T | | | | | |
| 2. T Rowe Price Mid-Cap Growth | | None | J | T | | | | | |
| 3. Vanguard Index 500 Fund | A | Dividend | J | T | | | | | |
| 4. 1/8 interest, surface, █████ Matagorda County, Texas | B | Rent | K | W | | | | | |
| 5. 1/12 mineral interest, █████ Matagorda County, Texas | | None | J | W | | | | | |
| 6. 1/4 interest in █████ Matagorda County, Texas | A | Rent | J | W | | | | | |
| 7. █████ land, Matagorda County, Texas | A | Rent | J | W | | | | | |
| 8. net royalty .0040779 (Apache), Matagorda County, Texas | A | Royalty | J | W | | | | | |
| 9. net royalty .0016627 (Unit) Matagorda County, Texas | | None | J | W | | | | | |
| 10. 7/24 mineral int. (Holliman), █████ Matagorda Cty, TX | A | Rent | J | W | | | | | |
| 11. royalty or mineral interests in Matagorda, Brazoria, Cts.,TX | | None | J | W | | | | | |
| 12. cash, Community Bank & Trust | A | Interest | J | T | | | | | |
| 13. cash, Chase checking | A | Interest | J | T | | | | | |
| 14. cash, Chase money market | A | Interest | J | T | | | | | |
| 15. Federated Prime Obligation (IRA) | A | Dividend | J | T | redeem part | 3/11 | J | | |
| 16. | | | | | redeem part | 6/13 | J | | |
| 17. | | | | | redeem part | 6/27 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Owen, Priscilla R | 05/12/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | redeem part | 7/05 | J | | |
| 19. Clipper Fund (IRA) | A | Dividend | K | T | | | | | |
| 20. Federal Home Loan Banks Deb. 2.015% (IRA) | A | Interest | | | matured | 10/28 | J | A | |
| 21. Federal Nat'l Mortgage Ass'n 3,30% (IRA) | A | Interest | J | T | | | | | |
| 22. Federal Nat'l Mortgage Ass'n 3.77% (IRA) | B | Interest | J | T | | | | | |
| 23. Federated Stock Trust (IRA) | A | Dividend | K | T | gain distrib | 11/28 | J | C | |
| 24. Harbor Capital Appreciation Fund (IRA) | A | Dividend | J | T | | | | | |
| 25. LKCM Small Cap Equity Fund (IRA) | | | L | | part sale | 7/12 | J | A | |
| 26. T Rowe Price Blue Chip Growth Fund (IRA) | A | Dividend | L | T | | | | | |
| 27. T Rowe Price Mid-Cap Growth Fund (IRA) | C | Dividend | L | T | gain distrib | 12/15 | J | C | |
| 28. Small Business Invest. Corp. 6.69% (IRA) | A | Interest | | | call | 6/14 | J | A | |
| 29. Tweedy Browne Global Value Fund (IRA) | B | Dividend | L | T | | | | | |
| 30. Vanguard Growth & Income Fund (IRA) | A | Dividend | K | T | | | | | |
| 31. Vanguard Index 500 Fund (IRA) | B | Dividend | M | T | | | | | |
| 32. Davis New York Venture Fund (401K) | | None | | | transfer | 6/14 | J | B | |
| 33. Vanguard Growth Index Fund (401K) | | None | | | transfer | 6/14 | J | A | |
| 34. Fidelity U.S. Bond Index Fund (401K) | | None | J | T | transfe part | 6/14 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Owen, Priscilla R | 05/12/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Federal Nat'l Mortgage Assn'n MTN Note 4.1% (IRA) | | None | J | T | purchase | 10/27 | J | | |
| 36. Federal Farm Cr BKS Cons Deb 5.05% (IRA) | A | Interest | J | | purchase | 3/10 | J | | |
| 37. CitiGroup Inc. Common (IRA) | A | Dividend | J | T | purchase | 6/29 | J | | |
| 38. Kinder Morgan Inc. Kans Common (IRA) | A | Dividend | J | T | purchase | 7/12 | J | | |
| 39. Procter & Gamble Co. (IRA) | A | Dividend | J | T | purchase | 6/29 | J | | |
| 40. Vanguard Total Stock Market Index Portfolio (IRA) | A | Dividend | J | T | purchase | 6/27 | J | | |
| 41. LKCM Small Cap Equity Fund (IRA) (see line 25) | | | | | gain distrib | 1/7 | J | D | |
| 42. Federated Prime Obligation (IRA) (see line 15) | | | | | purchase | 1/10 | J | | |
| 43. Federated Prime Obligation (IRA) (see line 15) | | | | | purchase | 3/10 | J | | |
| 44. Federated Prime Obligation (IRA) (see line 15) | | | | | purchase | 6/10 | J | | |
| 45. Federated Prime Obligation (IRA) (see line 15) | | | | | purchase | 6/15 | J | | |
| 46. Federated Prime Obligation (IRA) (see line 15) | | | | | purchase | 11/29 | J | | |
| 47. Federated Prime Obligation (IRA) (see line 15) | | | | | purchase | 12/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Owen, Priscilla R | 05/12/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Owen, Priscilla R | 05/12/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signat ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ Date 5-/2-2006

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544